# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTIE M. COOPER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS JEFFERSON** | : | |
| **UNIVERSITY HOSPITAL** | : | **NO. 16-5587** |

## ORDER

**NOW**, this 9th day of August, 2017, upon consideration of Defendant Thomas Jefferson University Hospitals, Inc.'s Motion for Summary Judgment (Document No. 21), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Thomas Jefferson University Hospital and against the plaintiff Mattie M. Cooper.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.